JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTIMATE FRANCHISES, INC., a California corporation; ULTIMATE BRANDS, INC., a California corporation;<br><br>Plaintiff,<br>v.<br><br>AMYN SACHEDINA, an individual; THE SACH COMPANY, a California corporation, dba VICEROY MEN'S LUXURY GROOMING aka VICEROY SALON,<br><br>Defendants,<br>and<br><br>AMYN SACHEDINA, an individual; THE SACH COMPANY, a California corporation, dba VICEROY MEN'S LUXURY GROOMING aka VICEROY SALON,<br><br>Counterclaim-Plaintiffs<br>v. | Case No.: 8:18-cv-00097-JLS-DFM<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>[Assigned to the Hon. Josephine L. Staton]<br><br>Action Filed:    January 18, 2018<br>Trial Date:       Unassigned |

| | |
|---|---|
| 1 | ULTIMATE FRANCHISES, INC., a California corporation; ULTIMATE BRANDS, INC., a California corporation, 2ULTIMATEBRANDS, INC., a California corporation; SCOTT GRIFFITHS, an individual; LORETTA HWONG GRIFFITHS, an individual; RON LOVE, an individual; BRIGITTE THEWES, an individual, |
| | Counterclaim-Defendants |

Upon review of the parties' stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court ORDERS that all claims and counterclaims between the parties be dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED:
Dated: September 10, 2018

Hon. Josephine L. Staton
United States District Judge